**FILED**

APR 0 8 2010

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CRIMINAL NO. **W10CR081** |
| | * | |
| Plaintiff, | * | INFORMATION |
| | * | |
| V. | * | [VIO: 18 U.S.C. 1030(a)(2)(B) and (c)(2)(A) |
| | * | – Obtaining Information by Computer From |
| LISHA EDWARDS, | * | Financial Institution, Government Computer or |
| | * | Protected Computer] |
| Defendant | * | |

THE UNITED STATES ATTORNEY CHARGES:

In or around May, 2007, the exact date unknown to the United States, in the Western District of Texas, Defendant,

**LISHA EDWARDS,**

intentionally exceeded authorized access to a computer and thereby obtained information from a department and agency of the United States, to-wit: the United States Department of Education, in violation of Title 18, United States Code, Section 1030(a)(2)(B) and (c)(2)(A).

                                                      JOHN E. MURPHY
                                                      United States Attorney

By:    GREGORY S. GLOFF
           Assistant United States Attorney

SEALED _____
UNSEALED ___

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DATE: _____    MAG CT. # _____    CASE NO **W10CR081**

COUNTY: __McLENNAN__

CHIEF JUDGE WALTER S. SMITH, JR.
ASSISTANT U. S. ATTORNEY _____GREGORY S. GLOFF_____

DEFENDANT: __LISHA EDWARDS__    DOB: _____

CITIZENSHIP:    United States _X_    Mexican ____    Other ____
INTERPRETER NEEDED:    Yes ____    No _X_    Language ____

DEFENSE ATTORNEY: _____

DEFENDANT IS:    In Jail __NO__    WHERE: _____
                 On Bond __NO__

PROSECUTION BY:    INFORMATION _X_    INDICTMENT ____

OFFENSE: (Code & Description) __18 U.S.C. 1030(a)(2) (B) and (c)(2)(A)– Obtaining Information by Computer From Financial Institution, Government Computer, or Protected Computer__

OFFENSE IS:    FELONY _____    MISDEMEANOR _X_

MAXIMUM SENTENCE: __Not more than one year custody; $250,000 fine; $25 special assessment; not more than one year TSR__

PENALTY IS MANDATORY:    YES concerning:
                         Special Assessment and TSR

REMARKS: ████████████